IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABDUL-AZIZ BUNYAMINU,** | : | |
| Plaintiff | : | No. 1:21-cv-01757 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **PENNSYLVANIA STATE POLICE ACADEMY,** | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 2nd day of March 2022, upon notice from counsel that the parties have reached a settlement of this matter, **IT IS ORDERED THAT** this action is dismissed without costs and without prejudice, to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated.  **IT IS FURTHER ORDERED THAT** the parties are directed to submit, within sixty (60) days of the date of this Order, a joint status report addressing whether the instant action should be dismissed with or without prejudice.  Should the parties fail to submit a timely status report in accordance with this Order, the Court will deem the dismissal of this action to be with prejudice.  The case management conference scheduled for March 10, 2022, is **CANCELLED**.  The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania